UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

```
JAMES TROTT,                      )
                                  )
          Petitioner,             )
                                  )
    v.                            )      Civil No. 05-163-B-W
                                  )
WARDEN, MAINE STATE PRISON,       )
                                  )
          Defendants.             )
```

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on December 30, 2005 her Recommended Decision. The Plaintiff filed his objections to the Recommended Decision on January 10, 2006. I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

    2.    It is further <u>ORDERED</u> that Defendant's Motion to Dismiss (Docket No. 6) is <u>GRANTED</u> and Plaintiff's 28 U.S.C. § 2254 Petition is <u>DISMISSED</u> as untimely.

                        /s/ John A. Woodcock, Jr.
                        JOHN A. WOODCOCK, JR.
                        UNITED STATES DISTRICT JUDGE

Dated this 6th day of February, 2006